AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:21-mj-04338 | 09/23/2021 ; 0630 | at 15421 Plummer st., North Hills, CA |

Inventory made in the presence of :
Special Agent Gabriel Perez

Inventory of the property taken and name of any person(s) seized:

- one HD recorder TVST TR5716
- quantity of handgun ammunition
- one PMAG 30 rifle magazine
- approximately 3 ounces of suspected methamphetamine

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the origirial warrant to the designated judge.

Date: 09/24/2021

[signature]
*Executing officer's signature*

Michael Johnson, Special Agent
*Printed name and title*